**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Walter Dragoo,<br><br>           Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>           Defendant. | No. CV-19-01988-PHX-SPL<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO ALTER OR AMEND JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 59(e)** |

At issue is Defendant's Motion to Alter or Amend Judgment Pursuant to Fed. R. Civ. P. 59(e). (Doc. 19, "Motion.") Defendant moves for alteration or amendment of this Court's Order (Doc. 17) reversing his decision to deny Plaintiff's application for benefits under the Social Security Act and remanding the matter for further administrative proceedings. The Court has considered the Motion, Plaintiff's Response (Doc. 20), and Defendant's Reply (Doc. 22). Because the Court finds it necessary to correct manifest errors of law or fact upon which the judgment rests, *see Allstate Ins. Co. v. Herron*, 634 F.3d 1101, 1111 (9th Cir. 2011), Defendant's Motion is granted.

**IT IS THEREFORE ORDERED** that Defendant's Motion (Doc. 19) is **granted**.

///
///
///
///
///

| | |
|---|---|
| 1 | **IT IS FURTHER ORDERED** that the Court's Order (Doc. 17) and Clerk's Judgment (Doc. 18) are **vacated**. The Court will issue a new ruling on Plaintiff's Opening Brief (Doc. 14), Defendant's Response (Doc. 15), and Plaintiff's Reply (Doc. 16) by separate order. |

Dated this 7th day of April, 2020.

Honorable Steven P. Logan
United States District Judge